435 A.2d 244

Commonwealth v. Govannucci, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1981.

Submitted November 14, 1980.  John H. Corbett, Jr., for appellant;  Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered September 24, 1979 is affirmed.